**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Evelyn Dejesus, Xavier O. Puntiel, and Joshua Dejesus, | Case No. 7:22-cv-02817-KMK-JCM |
| *Plaintiffs,* | **JUDGMENT** ~~(PROPOSED)~~ |
| -against- | |
| City of Yonkers, County of Westchester, Jason Parillo, and Yonkers Police Officers John Does #1-14, in their official and individual capacities, | |
| *Defendants.* | |

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiffs Evelyn Dejesus, Xavier O. Puntiel, and Joshua Dejesus ("Plaintiffs") on May 20, 2025, accepting the May 16, 2025, Offer of Judgment from defendant Jason Parillo ("Defendant") to allow judgment against them in favor of Plaintiffs in the amount of $24,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiffs, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Evelyn Dejesus, Xavier O. Puntiel, and Joshua Dejesus and against Defendant Jason Parillo, in the total amount of $24,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiffs; and that this case is closed.

Judgment signed this __21st__ day of __May__ 2025.

_____
Hon.